John T. SHETTLE, George Lewallen, Roy Stebbing, David Crose, James Theobald, Julian Ridlen, Indiana State Police Advisory Board, Appellants-Respondents,

v.

Alan K. SMITH, Appellee-Petitioner.

No. 1–381A78.

Court of Appeals of Indiana, First District.

June 15, 1982.

Linley E. Pearson, Atty. Gen., David A. Arthur, Deputy Atty. Gen., Indianapolis, for appellants-respondents.

Thomas A. Whitsitt, Iddings, Whitsitt & McClure, Lebanon, for appellee-petitioner.

---

RATLIFF, Presiding Judge.

## MODIFICATION OF OPINION

Pursuant to an Order of the Supreme Court of Indiana we hereby correct the language of our opinions in the above-named cause of action found at 425 N.E.2d 713 and 428 N.E.2d 33 by granting the appeal and remanding the cause to the trial court with instructions to dismiss for want of jurisdiction. In all other respects our original opinion and our opinion on petition for rehearing are affirmed.

Remanded with instructions.

NEAL and ROBERTSON, JJ., concur.